## REQUEST FOR SUMMONS ON FILING OF AN INDICTMENT

TO:   Clerk, United States District Court
       District of North Dakota

The Grand Jury returned an Indictment on August 28, 2025, against Daniel Lee Coppock, charging the following:

Bank Fraud; Engaging in a Monetary Transaction in Property Derived from Specified Unlawful Activity (Money Laundering); and Forfeiture Notice

---

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a summons directed to the above-named defendant.

☒   The United States will not be in a position to recommend conditions of release until it has reviewed the bond study to be performed by Pretrial Services.

☐   The United States recommends that:

   ☐   Bail be set at $ _____

   ☐   Defendant be detained without bail.

COMMENTS:

Dated:

_____
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney